# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
Rev. 10/10            UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY

John Allen Yarbrough #210566

**FILED**
VANESSA L. ARMSTRONG, CLERK
OCT - 7 2015
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

(Full name of the Plaintiff(s) in this action)

v.

Brad Boyd (Jailer)
Joe Blue (Jailer)
Advance Correction HealthCare

CIVIL ACTION NO. 4:15-CV-131-JHM
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

(Full name of the Defendant(s) in this action)

## I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: John Allen Yarbrough

Place of Confinement: Hopkins County Jail

Address: 2250 Laffoon Trail Madisonville, Ky 42431

Status of Plaintiff: CONVICTED (✓)  PRETRIAL DETAINEE ( )

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant _Brad Boyd_ is employed as _Jailer_ at _Christian Co. Jail_.

The Defendant is being sued in his/her (___) individual and/or (✓) official capacity.

(2) Defendant _Joe Blue_ is employed as _Jailer_ at _Hopkins Co. Jail_.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(3) Defendant _Advance Correctional Health Care_ is employed as _Medical Provider_ at _Christian Co Jail / Hopkins. Co. Jail_.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

2

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action?  YES (___) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

### III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

March 28, 2015 I was sent to the Christian Co Jail from the Louisville Metro County Jail. I Brought with me (2) Mental Health Medications that I was prescribed to take twice a Day. The Christian County Jail Medical Provider (Adavance Correctional HealthCare) Authorized The Christian County Jail To Take away my Medication, without me being evaluated By a Doctor, or a Psychiatrist Licensed under the laws of Kentucky, to practice Medicine. I complained To the Medical Staff of the Serious need for my Mental Health Medication. I exhausted all available Administrative Remedies By filling out Sick Call forms, Writing the Jailer, and even writing the Department of Corrections in Frankfort. Christian County Jail allowed me To see a Mental Health Counselor employed By Advance Correctional HealthCare. Ms. Sharon was her name. She Talk with me and wrote into my Medical file. After the Interview Ms. Sharon Told me The Medical Department at Christian County Jail "Requested" That She write into my file that

4

## III. STATEMENT OF CLAIM(S) continued

She didn't think I needed my Mental Health Medication. I was diagnosed in 2007 with Bipolar disorder, Post traumatic Stress, Depressive Disorder and Paranoid Schizophrenia. This can Be Comfirmed By the Department of Correction She Also told Me Be careful in filing abuse and neglect Reports against the Institution. In Retaliation to continous asking for Mental Health treatment Christian County Jail ordered me Transfered to Hopkins County Jail from a isolation cell where the Jailer is Joe Blue

August 27, 2015

Hopkins County Jail Has the Same Medical Provider Advanced Correctional HealthCare, who already was aware of my serious need for Mental Health treatment. I filed Grievance forms To the Jailer, I filled out Sick Call forms and My family Contacted the Department of Corrections, Jail Inspector To Exhaust all administrative Remedies. They have continue to Deny adequate Medical treatment Therefore Violating My Constitutional 8th admendment The Conduct of Advance Correctional Health Care, Joe Blue

5

## III. STATEMENT OF CLAIM(S) continued

and Brad Boyd Collectively Cause me To Suffer from not Having my Mental Health Medication. And Conspiring Together to inflict unwanted pain from Denying me Medical treatment.

IV.  **RELIEF**

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ 250,000

___ grant injunctive relief by_____

___ award punitive damages in the amount of $_____

___ other: _____

V.  **DECLARATION UNDER PENALTY OF PERJURY**
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 22 day of September, 20 15

John Allen Yarbrough
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on Sept 22 2015.

John Yarbrough
(Signature)

6